396 A.2d 831

Falvo v. Banda, et ux., Appellants.

Argued October 26, 1978. Anthony J. Martin, for appellants; Harry S. Kalson, submitted a brief for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.

396 A.2d 831

Gadola, Appellant, v. Westinghouse Electric Corporation, Inc.

Argued October 24, 1978. William J. Madden, for appellant; W. Allen Dill, for appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order affirmed.